UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
SILVIA MARTINEZ, on behalf of herself and all
others similarly situated,

                                      Civil Action No:
                                      1:23-cv-7672

                       Plaintiff,

-v.-
BANGO BOWLS, LLC

                       Defendants.
---------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** September 25, 2024

| For Plaintiff Silvia Martinez | For Defendant Bango Bowls, LLC |
|---|---|
| *s/ Mark Rozenberg* <br> Mark Rozenberg <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> Ph: 201-282-6500 <br> mrozenberg@steinsakslegal.com | *s/Michael James Del Piano* <br> Michael James Del Piano <br> Lewis Johs Avallone Aviles, LLP <br> 1377 Motor Parkway Ste 400 <br> Islandia, NY 11749 <br> Ph: 631-755-0101 <br> mjdelpiano@lewisjohs.com |

## CERTIFICATE OF SERVICE

I certify that on September 25, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Mark Rozenberg*
Mark Rozenberg
**Stein Saks, PLLC**
*Attorneys for Plaintiff*

SO ORDERED.

/s/
ROBERT M. LEVY
United States Magistrate Judge

Dated: Brooklyn, New York
September 26, 2024